UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| COREY DREGIS NEAL | ) | |

ORDER

Pending before the Court is a Motion to Set Change of Plea Hearing (Docket No. 497). The Court will hold a change of plea hearing on July 3, 2012, at 2:00 p.m. Any proposed plea agreement shall be submitted to the Court by July 2, 2012.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE