UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:11-00194 |
| ) | JUDGE CAMPBELL |
| COREY DREGIS NEAL ) | |

ORDER

Pending before the Court is Defendant Corey Dregis Neal's Motion To Extend Deadline To File Sentencing Position With Probation Office (Docket No. 928). Through the Motion, the Defendant seeks to extend the deadline for filing his sentencing position with the Probation Office to November 21, 2012. The Motion is GRANTED.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE