UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00194 |
| ) | JUDGE CAMPBELL |
| COREY DREGIS NEAL ) | |

ORDER

Pending before the Court is Corey Dregis Neal's Motion To Continue Sentencing Hearing (Docket No. 931). Through the Motion, the Defendant requests that the Court continue the sentencing hearing, currently set for December 7, 2012, to a date after February 26, 2013.

The Motion is GRANTED. According, the sentencing hearing is CONTINUED until April 8, 2013, at 3:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE