UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) NO. 3:11-00194
) JUDGE CAMPBELL
COREY DREGIS NEAL )

## ORDER

Pending before the Court is Corey Dregis Neal's Motion To Continue Sentencing Hearing (Docket No. 931). Through the Motion, the Defendant requests that the Court continue the sentencing hearing, currently set for December 7, 2012, to a date after February 26, 2013.

The Motion is GRANTED. According, the sentencing hearing is CONTINUED until April 8, 2013, at 3:00 p.m.

It is so ORDERED.

_Todd Campbell_

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE