UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RIVERS, et al. | ) | |

ORDER

Pending before the Court is Defendant Corey Dregis Neal's Motion To Produce Mr. Neal At Hearing On August 22, 2013, At 1:00 P.M. (Docket No. 1543). The Motion is GRANTED.

Accordingly, the Marshal Service is directed to bring Defendant Neal to the hearing on Thursday August 22, 2013, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE