UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| STERLING RENEVA RIVERS, et al. | ) | |

ORDER

    Pending before the Court is Defendant Corey Dregis Neal's Notice Striking Motion To Produce Mr. Neal At Hearing On August 22, 2013, At 1:00 P.M. (Docket No. 1548). Accordingly, it is no longer necessary for the U.S. Marshal Service to produce Defendant Neal for the hearing on August 22, 2013.

    It is so ORDERED.

                                                                TODD J. CAMPBELL
                                                                 UNITED STATES DISTRICT JUDGE