| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:11-00194 |
| ) | JUDGE CAMPBELL |
| CORY DREGIS NEAL ) | |

## ORDER

Pending before the Court is Defendant Cory Dregis Neal's Motion to Continue Sentencing Hearing (Docket No. 1773) currently scheduled for February 20, 2014. The Motion is GRANTED.

The sentencing hearing in this case is RESCHEDULED for June 23, 2014, at 10:30 a.m.

All motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

                                                              _____
                                                              TODD J. CAMPBELL
                                                              UNITED STATES DISTRICT JUDGE